# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-4270

State of Arkansas

Petitioner

v.

U.S. Environmental Protection Agency and Scott Pruitt, in his official capacity as Administrator of the United States Environmental Protection Agency

Respondents

National Parks Conservation Association and Sierra Club

Intervenors

------------------------------

Chamber of Commerce of the United States and Edison Electric Institute

Amici on Behalf of Petitioner

No: 16-4296

Arkansas Affordable Energy Coalition

Petitioner

v.

United States Environmental Protection Agency

Respondent

National Parks Conservation Association and Sierra Club

Intervenors

------------------------------

Chamber of Commerce of the United States

Amicus on Behalf of Petitioner

No: 16-4298

Entergy Arkansas, Inc., et al.

Petitioners

v.

Environmental Protection Agency and Scott Pruitt, in his official capacity as Administrator of the United States Environmental Protection Agency

Respondents

National Parks Conservation Association and Sierra Club

Intervenors

------------------------------

Chamber of Commerce of the United States and Edison Electric Institute

Amici on Behalf of Petitioner

No: 16-4300

Arkansas Electric Cooperative Corporation

Petitioner

v.

Environmental Protection Agency and Scott Pruitt, in his official capacity as Administrator of the United States Environmental Protection Agency

Respondents

National Parks Conservation Association and Sierra Club

Intervenors

------------------------------

Chamber of Commerce of the United States and Edison Electric Institute

Amici on Behalf of Petitioner

No: 16-4302

Domtar, A.W. LLC

Petitioner

v.

Environmental Protection Agency and Scott Pruitt, in his official capacity as Administrator of

Appellate Case: 16-4270    Page: 2    Date Filed: 01/04/2018 Entry ID: 4616817

the United States Environmental Protection Agency

Respondents

National Parks Conservation Association and Sierra Club

Intervenors

------------------------------

Chamber of Commerce of the United States

Amicus on Behalf of Petitioner

No: 16-4304

Energy and Environmental Alliance of Arkansas

Petitioner

v.

Environmental Protection Agency

Respondent

National Parks Conservation Association and Sierra Club

Intervenors

------------------------------

Chamber of Commerce of the United States and Edison Electric Institute

Amici on Behalf of Petitioner

No: 16-4309

National Parks Conservation Association and Sierra Club

Petitioners

v.

Environmental Protection Agency and Scott Pruitt, in his official capacity as Administrator of the United States Environmental Protection Agency

Respondents

Entergy Arkansas, et al.

Intervenors

No: 17-1276

State of Arkansas

Petitioner

v.

U.S. Environmental Protection Agency and Scott Pruitt, in his official capacity as Administrator
of the United States Environmental Protection Agency

Respondents

------------------------------

Chamber of Commerce of the United States

Amicus on Behalf of Petitioner

No: 17-1283

Entergy Arkansas, Inc., et al.

Petitioners

v.

Environmental Protection Agency and Scott Pruitt, in his official capacity as Administrator of
the United States Environmental Protection Agency

Respondents

------------------------------

Chamber of Commerce of the United States and Edison Electric Institute

Amici on Behalf of Petitioner

---

Petition for Review of an Order of the Environmental Protection Administration
(EPA-RO6-OAR-2015-0189)
(EPA-R06-OAR-2015-0189)
(EPA-R06-OAR-2015-0189)
(EPA-R06-OAR-2015-0189)
(EPA-R06-OAR-2015-0189)

---

# ORDER

The EPA's motion to hold these petitions in abeyance is granted for 90 days. The parties are also directed to provide a status report at the end of the 90-day period. The court will determine at that time whether dates need to be established for responses and further briefing. During the abeyance period, the parties must confer by telephone at 30-day intervals, beginning on February 5, 2018.

The State of Arkansas has filed an "Amended and Substituted Motion of the State of Arkansas for Stay of Final Rule." Responses to the State's amended motion for stay and any additional motions for stay are due on January 11, 2018. Any further responses shall be due no later than January 25, 2018.

January 04, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans